IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| | CASE NO. 08-01776 GAC |
| ONIX DANIEL ESTRELLA VICENTE | Chapter 7 |
| VANELYS NUNEZ SANTOS | |
| XXX-XX-5450 | |
| XXX-XX-1081 | |
| | FILED & ENTERED ON 8/11/2008 |
| Debtor(s) | |

**ORDER DISCHARGING TRUSTEE AND CLOSING THE CASE**

The Trustee having filed a Report of No Distribution, the Clerk having given notice of the Trustee's report, and no objections having been filed by any party in interest, including the U. S. Trustee, it is now,

**ORDERED** that the Trustee is discharged, that the bond of the trustee is cancelled and the surety thereon released from further liability thereunder and that the estate is hereby closed pursuant to the provisions of Rule 5009 of the Federal Rules of Bankruptcy Procedure.

San Juan, Puerto Rico, this 11 day of August, 2008.

Gerardo A. Carlo Altieri
U.S. Bankruptcy Judge

CC: WILFREDO SEGARRA MIRANDA
US TRUSTEE